**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-60264**
**Summary Calendar**
_____

**ANTHONY STEELE,**

**Petitioner-Appellant,**

**versus**

**ROGER COOK,**

**Respondent-Appellee.**

_____

**Appeal from the United States District Court**
**for the Southern District of Mississippi**
**(3:95-CV-539-BN)**
_____

April 16, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Anthony Steele, Mississippi prisoner # 72033A, appeals the denial of his habeas petition filed pursuant to 28 U.S.C. § 2254. Steele contends that the evidence was insufficient to support his conviction for kidnaping and that he received ineffective assistance of counsel at trial. Steele fails to show that he is entitled to habeas relief on either claim. *See Alexander v. McCotter*, 775 F.2d 595, 597-98 (5th Cir. 1985); *Strickland v. Washington*, 466 U.S. 668, 687 (1984).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.